FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 22 2011

DAVID J. MALAND, CLERK
BY
DEPUTY_____

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

ION GEOPHYSICAL CORPORATION,
*Plaintiff-Cross Appellant,*

v.

SERCEL, INC.,
*Defendant-Appellant.*

2011-1035, -1056

Appeals from the United States District Court for the Eastern District of Texas in case no. 06-CV-0236, Judge David J. Folsom.

ON MOTION

ORDER

Upon consideration of the joint motion to voluntarily dismiss these appeals,

IT IS ORDERED THAT:

(1) The motion is granted.

ION GEOPHYSICAL v. SERCEL 2

(2) Each side shall bear their own costs.

FOR THE COURT

APR 1 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Matthew G. Reeves, Esq.
Gregory A. Castanias, Esq.

s20

ISSUED AS A MANDATE: APR 1 9 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 9 2011

JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: [signature] Date: 4/19/2011